■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH FREY.—Motion denied. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SYLVESTER BRENIAK.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the information shall be substituted in place of the original information, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ CHABETAYE CHRAIME v. EZRA CATTAN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of TIMBLO IRMAOS LIMITADA against M. GOLODETZ & COMPANY.— Motion for stay denied, with $10 costs. The stay contained in the order to show cause, dated April 9, 1959, is vacated. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ MICHAEL GOLODETZ et al. v. TIMBLO IRMAOS LIMITADA.— Motion for stay denied, with $10 costs. The stay contained in the order to show cause, dated April 9, 1959, is vacated. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of JOHN L. MAHONY, against STEPHEN P. KENNEDY, as Police Commissioner.— Motion denied without prejudice to the making of an application for similar relief at Special Term of the Supreme Court, New York County. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ NATIONAL SURETY CORPORATION v. GREEN FUEL · ECONOMIZER CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CURTIS PETER BOWLING. — Motion to reargue prior motion denied. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.